UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ANGELO YOUGHBOR,                     )
                                     )
    Plaintiff,                       )
                                     )
    v.                               )      CASE NO: 1:20-CV-2410-JRS-MG
                                     )
LIBERTY MUTUAL GROUP, INC.           )
                                     )
    Defendant.                       )

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter, having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court being duly advised in the premises, hereby GRANTS said joint stipulation.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the suit filed by Plaintiff, Angelo Youghbor, against Defendant, Liberty Mutual Group, Inc., is hereby dismissed, with prejudice, with each party to bear his or its own fees and costs.

SO ORDERED.

Date: 8/13/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via
e-mail generated by the Court's ECF system